No. 09–1329. PEOPLES *v.* LANGER ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–1332. SAIN *v.* SNYDER ET AL. C. A. 10th Cir. Certiorari denied.

No. 09–1333. CANTO *v.* HOLDER, ATTORNEY GENERAL. C. A. 7th Cir. Certiorari denied.

No. 09–1334. CHASE MANHATTAN BANK, USA, N. A. *v.* TAXEL, TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 09–1335. HALDEMAN ET AL. *v.* DUTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–1336. LAWRENCE *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 09–1338. PALKOVIC *v.* JOHNSON ET AL. C. A. 2d Cir. Certiorari denied.

No. 09–1358. MASON *v.* COLUMBIA BASIN COLLEGE ET AL. Ct. App. Wash. Certiorari denied.

No. 09–1360. TOTES-ISOTONER CORP. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 09–1362. BANK *v.* COOPER, PAROFF, COOPER & COOK ET AL. C. A. 2d Cir. Certiorari denied.

No. 09–1363. DALVIT ET AL. *v.* UNITED AIRLINES, INC. C. A. 10th Cir. Certiorari denied.

No. 09–1364. PERSAUD *v.* HOLDER, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. Certiorari denied.

No. 09–1366. LEE ET VIR *v.* POLICASTRO ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 09–1370. BURMASTER *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.